| Name, Address and Telephone Number of Attorney(s): <br> JENNER & BLOCK LLP <br> Kenneth K. Lee (Cal. Bar No. 264296) <br> 633 West 5th Street, Suite 3500 <br> Los Angeles, California 90071 <br> Telephone: (213) 239-5100 <br> Facsimile:  (213) 239-5199 | |
|---|---|

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ANTHONY BENAVIDES, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s) <br><br> v. <br><br> KELLOGG COMPANY, a Delaware Corporation; KELLOGG USA, INC., a Michigan Corporation; KELLOGG SALES COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive, <br><br> Defendant(s). | CASE NUMBER <br><br> CV10-02294-JST-PJW <br><br><br> **SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |
|---|---|

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☑ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the ☑ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: August 1, 2011        /S/ Sara Avila
                             Attorney for Plaintiff Anthony Benavides

Dated: _____           _____
                             Attorney for Plaintiff _____

Dated: August 1, 2011        /s/ Kenneth Lee
                             Attorney for Defendant Kellogg Company, et al.

Dated: _____           _____
                             Attorney for Defendant _____

Dated: _____           _____
                             Attorney for Defendant _____

**NOTE: The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request**. If additional signatures are required, attach an additional page to this request.

ADR–01 (03/07)        **SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE**