MILSTEIN ADELMAN, LLP
Gillian L. Wade (Cal. Bar No. 229124)
gwade@milsteinadelman.com
Sara D. Avila (Cal. Bar No. 263213)
savila@milsteinadelman.com
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone: (310) 396-9600
Fax: (310) 396-9635

*Counsel for Plaintiff*

JENNER & BLOCK LLP
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
633 West 5th Street, Suite 3500
Los Angeles, CA 90071-2054
Telephone: (213) 239-5100
Fax: (213) 239-5199

Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
Richard P. Steinken (*pro hac vice*)
rsteinken@jenner.com
Andrew F. Merrick (*pro hac vice*)
amerrick@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BENAVIDES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>KELLOGG COMPANY, a Delaware Corporation; KELLOGG USA, INC., a Michigan Corporation; KELLOGG SALES COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No. 2:10-CV-02294-JST (PJWx)<br>Hon. Josephine Staton Tucker<br><br>CLASS ACTION<br><br>**STIPULATION AND  [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

All parties to this action, *i.e.,* Plaintiff ANTHONY BENAVIDES ("Plaintiff"), by and through his attorney, Milstein Adelman, LLP, on the one hand, and Defendants KELLOGG COMPANY, KELLOGG USA, INC. and KELLOGG SALES COMPANY. ("Kellogg"), by and through its attorneys, Jenner & Block, LLP, on the other hand, HEREBY STIPULATE as follows:

This entire action should be and hereby is dismissed with prejudice, with each party (i.e., Plaintiff and Kellogg) to bear its own fees and costs.

Dated: October 14, 2011             Respectfully Submitted,

                                    MILSTEIN ADELMAN, LLP

                                     /s/ Sara D. Avila
                                    Gillian L. Wade
                                    Sara D. Avila
                                    2800 Donald Douglas Loop North
                                    Santa Monica, California 90405
                                    Telephone: (310) 396-9600
                                    Facsimile:  (310) 396-9635


                                     /s/ Kenneth K. Lee

                                    Kenneth K. Lee
                                    633 West 5th Street
                                    Suite 3500
                                    Los Angeles, CA 90071-2054
                                    Telephone: (213)239-5100
                                    Fax: (213) 239-5199

                                    Dean N. Panos (admitted *pro hac vice*)
                                    Richard P. Steinken (admitted *pro hac vice*)
                                    Andrew F. Merrick (admitted *pro hac vice*)
                                    353 N. Clark Street
                                    Chicago, IL 60654-3456
                                    Telephone:  (312) 222-9350
                                    Facsimile:  (312) 527-0484